GEORGE J. FEINBERG et al., Copartners Trading under the Name of CONCORD CHENILLE Co., Appellants, *v.* BARRY EQUITY CORP., Respondent.

Submitted January 9, 1951; decided March 8, 1951.

*Louis Okin* for appellants.

*Stanley Bogart* and *Murray I. Sommer* for respondent.

Judgment affirmed, with costs; no opinion. (See *Raven Elec. Co.* v. *Linzer,* 302 N. Y. 188, decided herewith.)

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.